BOGER v. GATTON

No. 415P96

Case below: 123 N.C. App. 635

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

CARTER v. NORTHERN TELECOM

No. 380P96

Case below: 123 N.C. App. 547

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

CASEY v. BLYTHE CONSTRUCTION, INC.

No. 433P96

Case below: 124 N.C. App. 787

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

CREASMAN v. N.C. BD. OF PHARMACY

No. 344P96

Case below: 123 N.C. App. 159

Petition by respondent (N.C. Board of Pharmacy) for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

CROUSE v. FLOWERS BAKING CO.

No. 432P96

Case below: 123 N.C. App. 555

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 November 1996. The decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for a hearing on the merits. If the Form 21 is relevant to the issues raised in the appeal, the Court of Appeals is directed to order the Form 21 made a part of the Records on Appeal pursuant to Rule 9(b)(5) of the Rules of Appellate Procedure.